Eric J. Gravel - SBN: 256672
Law Offices of Eric J. Gravel
350 Rhode Island St, Suite 240
San Francisco, CA 94103
Ph: (650) 931-6000
ctnotices@gmail.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In Re:

MARILYN S SIMEON

, Debtor

Case: 17-42989
Chapter 13

Hearing Date: December 20, 2017
Time: 1:30 p.m.
Place: 1300 Clay Street
Courtroom 201
Oakland, CA 94612

# DECLARATION IN SUPPORT OF MOTION

# FOR ORDER EXTENDING §362 AUTOMATIC STAY

I, MARILYN S SIMEON, the Debtor herein, hereby submit this Declaration in Support of Motion for Order Extending the §362 Automatic Stay. This Declaration is based on the following facts:

1. I am the Debtor in the above entitled case. My case was filed on November 30, 2017.

2. As shown on page 2 of the filed petition of my case, there was a previously-filed Bankruptcy petition. Specifically, on September 28, 2015, I filed a prior Bankruptcy case (#15-42973). Said case was closed without discharge by Order of the Court on October 11, 2017, after I was denied a loan modification within the MMM program.

3. I understand that pursuant to the provisions of §362(c)(3)(A), the fact of a prior filing still pending within the last 12 months limits the provisions of the §362(a) Automatic Stay on

Declaration – Motion to Extend Automatic Stay

my present case to a term of only 30 days, measured from the date of the filing of the new petition.

4. However, I candidly and honestly state that the present case was filed in good faith. To date, I have met and fulfilled all of my duties and obligations as a Debtor in this Bankruptcy and fully intend to complete my responsibilities as a Debtor. My new job and that of my husband allow us to participate in the MMM program again with a much better chance of success.

5. I further state that the dismissal of the prior case was NOT due to the willful inadvertence or negligence on my part. The case was open for 2 years. I made my mortgage payments with the Trustee during the time of the MMM. I consented to the dismissal of my case after I was denied a loan modification.

Wherefore, I respectfully join with my attorney in moving this Court to extend the §362 Automatic Stay to a termination date coinciding with the date of Discharge of Debtor, under §523 or the dismissal of the case, whichever occurs first.

## CERTIFICATION

I, MARILYN S SIMEON, hereby certify under penalty of perjury that I have read the foregoing Declaration in Support of Motion for Order Extending §362 Automatic Stay. I further certify that the contents thereof are true and correct to the best of my knowledge and belief. Executed on December 5, 2017, at San Francisco, California.

/s/ MARILYN S SIMEON
MARILYN S SIMEON

Declaration – Motion to Extend Automatic Stay