Eric J. Gravel - State Bar No. 256672
Law Offices of Eric J. Gravel
350 Rhode Island St, Suite 240
San Francisco, CA 94103
Tel: (650) 931-6000
ctnotices@gmail.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In Re:

MARILYN S SIMEON

, Debtor

Case: 17-42989
Chapter 13

Hearing Date: December 20, 2017
Time:  1:30 p.m.
Place:  1300 Clay Street
  Courtroom 201
  Oakland, CA 94612

## **NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that on December 20, 2017, at 1:30 p.m., or as soon thereafter as the matter may be heard, on the 2nd floor of the US Bankruptcy Court, Northern District of California, Oakland, Eric J. Gravel, on behalf of MARILYN S SIMEON, the Debtor herein, will move the Court for an Order Extending the §362 Automatic Stay.  Said motion will be supported by this Notice of Motion and by such oral and documentary evidence as the Court may permit at the hearing on the motion.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney.  If you do not want the Court to issue an Order Extending the §362 Automatic Stay, or if you want the Court to consider your views on this matter, then you should appear at the date, time and place listed in this Notice.

Respectfully submitted on December 5, 2017.

/s/ *Eric J. Gravel*
Eric J. Gravel

# **CERTIFICATE OF SERVICE**

I declare as follows:

I am employed in San Francisco. I am over the age of eighteen years and not a party to the above referenced case. On December 5, 2017, I served the attached:

**(1) NOTICE OF HEARING ON MOTION FOR ORDER EXTENDING THE §362 AUTOMATIC STAY.**

**(2) MOTION FOR ORDER EXTENDING THE §362 AUTOMATIC STAY; AND DECLARATION IN SUPPORT THEREOF.**

On the parties listed below by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States Postal Service at San Francisco, California. Registrants for service by electronic mail will receive a Notice of Electronic Filing (NEF).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on the following date at San Francisco, California.

Dated: December 5, 2017

/s/ Ana Marie Dela Pena
Ana Marie Dela Pena
350 Rhode Island St, Suite 240
San Francisco, CA 94103

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-4<br>Case 17-42989<br>Northern District of California<br>Oakland<br>Tue Dec  5 19:08:31 PST 2017 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>P.O. Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>1300 Clay Street, Suite 300<br>Oakland, CA 94612-1426 |
| Armando Sy<br>3541 Miller Court<br>Union City, CA 94587-1629 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America<br>Attention: Bankruptcy  SV-314B<br>Po Box 5170<br>Simi Valley, CA 93062-5170 |
| Bureau of Medical Economics<br>700 Empey Way<br>San Jose, CA 95128-4716 | Cmre Financial Services Inc<br>3075 E Imperial Hwy Ste 200<br>Brea, CA 92821-6753 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Doctors Express<br>5763 Stevenson Boulevard<br>Newark, CA 94560-5301 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Franchise Tax Board<br>POB 942867<br>Sacramento, CA 94267-0011 |
| Hernandez Law Group<br>7777 Greenback Lane, Suite 212<br>Citrus Heights, CA 95610-5800 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Office of the U.S. Trustee/Oak<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0<br>San Francisco, CA 94102-3661 |
| RC McLean & Associates<br>PO Box 25033<br>Santa Ana, CA 92799-5033 | Radiology Partners<br>3160 Castro Valley Blvd<br>Castro Valley, CA 94546-5564 | Reverse Mortgage Solutions, Inc.<br>8930 S Beck Ave, Suite 111<br>Tempe, AZ 85284-2864 |
| SLS<br>8742 Lucent Boulevard Suite 300<br>Littleton, CO 80129-2386 | Silicon Valley Cardiology<br>1950 University Avenue Suite 160<br>Palo Alto, CA 94303-2285 | Us Dept Of Ed/glelsi<br>Po Box 7860<br>Madison, WI 53707-7860 |
| Eric J. Gravel<br>Law Offices of Eric J. Gravel<br>350 Rhode Island St. #240<br>San Francisco, CA 94103-5188 | Marilyn S Simeon<br>P.O. Box 1950<br>Union City, CA 94587-6950 | Martha G. Bronitsky<br>P.O. Box 5004<br>Hayward, CA 94540-5004 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
4161 Piedmont Parkway
Greensboro, NC 27410

End of Label Matrix
Mailable recipients    23
Bypassed recipients     0
Total                  23