Eric J. Gravel - SBN: 256672
Law Offices of Eric J. Gravel
350 Rhode Island St, Suite 240
San Francisco, CA 94103
Ph: (650) 931-6000
E-mail: ctnotices@gmail.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 17-42989 |
|---|---|
| MARILYN S SIMEON | Chapter 13 |
| | Date: July 20, 2018 |
| | Time: 1:30 p.m. |
| , debtor | Place: Courtroom 201 |
| | 1300 Clay Street, 2nd Floor |
| | Oakland, CA 94612 |
| | Hon. Roger L. Efremsky |

MOTION FOR ORDER EXTENDING TIME TO COMPLETE

THE MORTGAGE MODIFICATION MEDIATION PROGRAM

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

MARILYN S SIMEON, the debtor and petitioner herein, hereby moves this Court for an Order Extending Time to Complete the Mortgage Modification Mediation Program. In support of this Motion, the Debtor respectfully represents:

1. The Petitioner is the Debtor in the above-captioned Chapter 13 bankruptcy case, having filed a petition for relief on November 30, 2017. Martha Bronitsky has been duly appointed to serve as the Chapter 13 Trustee in this case.

2. The Case was referred to the Mortgage Modification Mediation Program ("MMM") on 12/14/17.

3. Over the next 5 months, Debtor promptly provided all documentation requested by lender Specialized Loan Servicing ("SLS") for the evaluation of a loan modification. The DMM portal shows complete and extensive communication between Debtor and Creditor.

4. The Order referring the case to the MMM expired on 5/14/18.

5. Upon inquiry from Debtor, Creditor responded on 05/04/18 that "A decision has not been made yet this time and no additional documents are being requested". Exhibit A shows a copy of the DMM communication.

6. Debtor prepared a Stipulation to Extend Time to complete the MMM on 5/21/18 and forwarded it to SLS. SLS responded on 5/22/18 that a signed Stipulation would be forwarded upon receipt (Exhibit B – email and response), however no such Stipulation has been received as of 6/18/18. SLS instructed Debtor to "Please proceed with extending the loss mitigation period."

7. SLS sent an email on 6/5/18, stating "The documents are uploaded for review" (Exhibit C). As of 6/18/18, the completed package is still under review. Debtor's Declaration is filed concurrently with this Motion and is incorporated herein by reference.

## RESTATEMENT

WHEREFORE, the Debtor requests the Court to grant this Motion for an Order Extending Time to complete the Mortgage Modification Mediation Program until August 31, 2018.

## CERTIFICATION

I, Eric J. Gravel, hereby certify that I have read the foregoing Application for an Order Extending Time to complete the Mortgage Modification Mediation Program. I further certify that the contents thereof are true and correct to the best of my knowledge and belief. Executed at Oakland, CA on June 18, 2018.

/s/ *Eric J. Gravel*
Eric J. Gravel

**EXHIBIT A**

# Currently Viewing:

Borrower Name: Simeon, Marilyn
Property Address: 3541 Miller Court Union City, CA 94587
Servicer Name: Specialized Loan Servicing, LLC
Loan Number: 1053

| Date | Activity By | Action Taken |
|---|---|---|
| 05/04/2018 02:09:51 PM ET | Servicer | Message Sent |

**From:** Katina Hurst (Servicer)
**Subject:** RE: Updated Award Letter
**Message:**
A decision has not been made at this time and no additional documents are being requested.

Thank you

*above sent in reply to:*

| Date | Activity By | Action Taken |
|---|---|---|
| 05/04/2018 12:28:19 PM ET | Attorney | Message Sent |

**From:** Ana Marie Dela Pena (Borrower Attorney)
**Subject:** RE: Updated Award Letter
**Message:**
Hello,

Any update please?

Thank you.

*above sent in reply to:*

| Date | Activity By | Action Taken |
|---|---|---|
| 04/12/2018 11:17:03 AM ET | Servicer | Message Sent |

**EXHIBIT B**

## Currently Viewing:

Borrower Name: Simeon, Marilyn
Property Address: 3541 Miller Court Union City, CA 94587
Servicer Name: Specialized Loan Servicing, LLC
Loan Number          1053

| Date | Activity By | Action Taken |
|---|---|---|
| 05/22/2018 04:06:25 PM ET | Servicer | Message Sent |

**From:** Katina Hurst (Servicer)
**Subject:** RE: Updated Award Letter
**Message:**
I will forward to you upon receipt.

Thank you

*above sent in reply to:*

| Date | Activity By | Action Taken |
|---|---|---|
| 05/22/2018 04:01:16 PM ET | Attorney | Message Sent |

**From:** Eric Gravel (Borrower Attorney)
**Subject:** RE: Updated Award Letter
**Message:**
I need someone from SLS to sign the Stipulation.

*above sent in reply to:*

| Date | Activity By | Action Taken |
|---|---|---|
| 05/22/2018 03:44:59 PM ET | Servicer | Message Sent |

| Date | Activity By | Action Taken |
|---|---|---|

**From:** Katina Hurst (Servicer)
**Subject:** RE: Updated Award Letter
**Message:**
Please proceed with extending the loss mitigation period.

Thank you

*above sent in reply to:*

| Date | Activity By | Action Taken |
|---|---|---|
| 05/21/2018 06:04:54 PM ET | Attorney | Message Sent |

**EXHIBIT C**

# Currently Viewing:

Borrower Name: Simeon, Marilyn
Property Address: 3541 Miller Court Union City, CA 94587
Servicer Name: Specialized Loan Servicing, LLC
Loan Number    1053

| Date | Activity By | Action Taken |
|---|---|---|
| 06/05/2018 10:37:39 AM ET | Servicer | Message Sent |

**From:** Katina Hurst (Servicer)
**Subject:** RE: File Resubmitted
**Message:**
Hello,

The documents are uploaded for review.

Thank you

*above sent in reply to:*

| Date | Activity By | Action Taken |
|---|---|---|
| 06/04/2018 01:09:37 PM ET | Attorney | File Resubmitted |

Ana Marie Dela Pena resubmitted file for review:
**Reason:** Completed Package
**Message:** Requested Documents
**Attached Files:**
Simeon (Loan #1008131053) - Requested Documents (Added 06-04-2018)

© 2018 - www.dclmwp.com